DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 MARCH 2015

| | | | |
|---|---|---|---|
| 053P15 | State v. Margaret K. Sewell | 1. State's Motion for Temporary Stay (COA14-269) | 1. Allowed **2/04/2015** Dissolved **03/05/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 065P15 | State v. Keith Antonio Barnett | 1. State's Motion for Temporary Stay (COA14-447) | 1. Allowed **02/06/2015** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| | | | **Beasley, J., recused** |
| 067P15 | State v. Leroy Phillips | Def's *Pro Se* Motion for PDR of the Decision of the COA | Dismissed |
| 068P15 | Sampson County Board of Education v. Andrew T. Heath, in his official capacity as Chair of the North Carolina Industrial Commission | 1. Plt's Motion for Temporary Stay | 1. Allowed **02/10/2015** Dissolved **03/02/2015** |
| | | 2. Plt's Petition for *Writ of Supersedeas* | 2. — |
| | | 3. Plt's PDR | 3. — |
| | | 4. Plt's Motion to Amend Title of "Amended PDR Under N.C. Gen Stat § 7A-31(c) and Petition for *Writ of Supersedeas* and Motion to Stay" to Petition for Writ of *Certiorari*, Petition for *Writ of Supersedeas* and Motion to Stay" | 4. Allowed **02/11/2015** |
| | | 5. Motion to Admit Diane Marger Moore *Pro Hac Vice* | 5. Allowed **02/19/2015** |
| | | 6. Def's Motion to Withdraw Amended PDR, Petition for *Writ of Supersedeas*, and Motion for Temporary Stay | 6. Allowed **03/02/2015** |
| 077P15 | In the Matter of M.G. and H.G. | 1. Petitioner's Motion for Temporary Stay (COA14-934) | 1. Allowed **02/23/2015** |
| | | 2. Petitioner's Petition for *Writ of Supersedeas* | 2. |
| | | 3. Petitioner's PDR Under N.C.G.S. § 7A-31 | 3. |